**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CLARK HAMER,

                         Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, et al.,

                       Defendants.

Case No. 2:11-cv-00391-RLH-RJJ

**<u>ORDER</u>**

(Mot. to Exempt Indiv. Defts - Dkt. #44)

      Before the court is Defendants' Motion to Exempt Individual Defendants from ENE Conference (Dkt. #44) filed February 17, 2012.  The court has reviewed the motion, and for good cause shown,

      **IT IS ORDERED** that Defendants' Motion to Exempt Individual Defendants from ENE Conference (Dkt. #44) is **GRANTED** in part and **DENIED** in part.  All individual Defendants except Mr. Tom Rodriguez, may be excused from personally attending the ENE currently scheduled for March 7, 2012, at 1:30 p.m.

      Dated this 21st day of February, 2012.

                                            _____
Peggy A. Leen
United States Magistrate Judge