# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CLARK HAMER, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:11-cv-00391-RLH-RJJ |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| CLARK COUNTY SCHOOL DISTRICT, et al., ) | (Mot. To Excuse at ENE - Dkt. #46) |
| ) | |
| Defendants. ) | |

Before the court is Defendant "ESEA Union/Sam Johnson's" Motion to Excuse Lexington Insurance from Personally Appearing at the Early Neutral Evaluation Conference (Dtk. #46) filed February 24, 2012. Having reviewed the matter and for good cause shown,

**IT IS ORDERED** that Defendant's Motion (Dkt. #46) is **GRANTED**. A representative of Lexington Insurance Company need not be physically present for the ENE but a fully informed and authorized representative shall be available telephonically for the duration of the ENE conference.

Dated this 28th day of February, 2012.

_____
Peggy A. Leen
United States Magistrate Judge