# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLARK HAMER,<br><br>               Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, et al.,<br><br>               Defendants. | Case No. 2:11-cv-00391-RLH-RJJ<br><br>**ORDER**<br><br>(Mot. To Excuse at ENE - Dkt. #46) |

Before the court is Defendant "ESEA Union/Sam Johnson's" Motion to Excuse Lexington Insurance from Personally Appearing at the Early Neutral Evaluation Conference (Dtk. #46) filed February 24, 2012. Having reviewed the matter and for good cause shown,

**IT IS ORDERED** that Defendant's Motion (Dkt. #46) is **GRANTED**. A representative of Lexington Insurance Company need not be physically present for the ENE but a fully informed and authorized representative shall be available telephonically for the duration of the ENE conference.

Dated this 28th day of February, 2012.

_____
Peggy A. Leen
United States Magistrate Judge