```
OFFICE OF THE GENERAL COUNSEL
CLARK COUNTY SCHOOL DISTRICT
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, NV 89146
(702) 799-5373
Attorneys for Defendants
Rodriguez, Washington, Woolman,
Peterson, Cabitu, Brimmer and
Summers
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLARK HAMER,<br><br>  Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br>et al.,<br><br>  Defendants. | CASE NO.:<br>2:11-cv-00391-RLH-RJJ |

**EX PARTE MOTION FOR STAY OF DISCOVERY**

COME NOW, Defendants Rodriguez, Washington, Woolman, Peterson, Cabitu, Brimmer and Summers, by and through their counsel, and hereby request the court stay discovery in this matter pending a decision on their Motions to Dismiss filed in this matter

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request for a stay is due to the dispositive nature of the pending motions and a stay would save the parties the time and expense associated with unnecessary discovery. The Motion is based upon the following Memorandum of Points and Authorities and the other papers and pleadings on file with the Court in this matter.

DATED this 19th day of January, 2012.

```
                              CLARK COUNTY SCHOOL DISTRICT
                              Office of the General Counsel

                        By:       /s/
                              S. SCOTT GREENBERG
                              Nevada Bar No. 4622
                              5100 W. Sahara Ave.
                              Las Vegas, Nevada 89146
                              Attorneys for Defendants
```

**MEMORANDUM OF POINTS AND AUTHORITIES**

I. **INTRODUCTION**

This is a proper person Title VII lawsuit. Plaintiff worked in the District's maintenance department. Of the numerous defendants named in the complaint, seven (7) individual defendants that work for the District have been served.[1] Motions to dismiss have been filed by those served Defendants. Docket Nos. 20, 24 and 31. Given the pending dispositive motions and vague nature of the current complaint, Docket No. 13, Defendants submit that engaging in discovery at this time would be an unnecessary process.

/ / /

---

[1] The complaint also names Sam Johnson, the former executive director of the Education Support Employees Association ("ESEA"). Counsel for ESEA has filed a motion to dismiss on behalf of Mr. Johnson/ESEA. Docket No. 17.

-2-

## II. LEGAL ANALYSIS

Federal Rule of Civil Procedure 1 states that the rules of civil procedure are to be "construed and administered to secure the just, speedy, and inexpensive determination of every action." The rules of civil procedure allow a court to make orders regarding the timing and proceeding of the discovery process. Fed.R.Civ.P. 16(c)(6); Fed.R.Civ.P. 26(d) and (f). District courts have "wide discretion in controlling discovery." Little v. City of Seattle, 863 F.2d 681, 685 (9th Cir. 1988). A district court may properly stay discovery during the consideration of a dispositive motion if discovery will not be pertinent to the issues in the dispositive motion. Rae v. Union Bank, 725 F.2d 478, 481 (9th Cir. 1984); White v. American Tobacco, 125 FRD 508, 510 (D. Nev. 1989).

Plaintiff filed this action in proper person using the pro se civil rights template made available by the court. The only served Defendants have filed motions to dismiss. Those motions would be dispositive. As set out in these Defendants' motions to dismiss, individuals are not proper defendants under federal anti-discrimination statutes, and to the extent the complaint asserts Section 1983 claims, such are barred by the applicable 2-year statute of limitations. Additionally, the complaint is incredibly vague as to any factual allegations against these individual Defendants.

Defendants submit that engaging in discovery at this time is an unnecessary process that in all probability would be a waste of resources. There is virtually no possibility of the complaint surviving the pending motions. Therefore, it is requested that discovery be stayed pending a ruling on the motions to dismiss.

## III. CONCLUSION

For the above stated reasons, these Defendants request that discovery be stayed pending a ruling on their motions to dismiss.

Respectfully submitted,

CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL

By: /s/
S. SCOTT GREENBERG
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, NV 89146
Attorney for Defendants
Rodriguez, Washington, Woolman,
Peterson, Cabitu, Brimmer and
Summers

IT IS SO ORDERED.
.
.
.
_____
U.S. MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2012, the foregoing **EX PARTE MOTION FOR STAY OF DISCOVERY** was served by e-service through the Nevada United States District Court CM/ECF System upon:

Frank Flaherty, Esq.
Attorney for Defendant Johnson/ESEA

_____/s/_____
AN EMPLOYEE OF THE CLARK COUNTY
SCHOOL DISTRICT
(S. Scott Greenberg)

- 4 -